IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| WILLIE L. JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SGD NORTH AMERICA, et al.,<br><br>    Defendants. | CIVIL ACTION FILE<br>NO. 1:10-CV-2327-TWT |

### ORDER

This is a Title VII employment discrimination case. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing this action for failure to file within 90 days of receiving a right-to-sue letter from the EEOC. I approve and adopt the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 9 day of December, 2010.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Johnson\10cv2327\R&R.wpd